Dec a Ybh ˛,%( ]g ; F5BH98 "

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Vs.** ) | |
| ) | **No. 3:11-cr-00012** |
| ) | **Judge Wiseman** |
| **PORTER et al** ) | |
| ) | |

## MOTION FOR LEAVE TO JOIN MOTION TO SUPPRESS EVIDENCE OBTAINED PURSUANT TO UNLAWFUL WIRE TAPS TT1 AND TT2

Comes now Dimirti Johnson, by and through undersigned counsel, and requests leave of the Court to join the joint motion filed by defendants Simon and Ewing, to suppress evidence obtained pursuant to unlawful wiretaps TT1 and TT2, motions docketed 744,745. In support of this motion the defendant would aver that he is similarly situated and prejudiced by the evidence obtained as defendants Simon and Ewing.

**Respectfully submitted,**

**s/Cynthia Morrissey Fort**

**Cynthia Morrissey Fort**

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing motion has been delivered electronically through the cm/ecf filing system to A.U.S.A Sunny A.M. Koshy on this the 7th day of May, 2012.

**s/Cynthia Morrissey Fort**
**Cynthia Morrissey Fort**